**Frank Spalding, plaintiff in error, v. William Gercke and Alvina Gercke, defendants in error.    Gen. No. 31,150.**

Writ to review divorce decree affecting property rights of one not made party to the suit.    Error to the Superior Court of Cook county;

the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed as to the portions mentioned. Opinion filed March 29, 1927.

E. W. Adkinson, for plaintiff in error. Ziv, Loomis & Silvertrust, for William Gercke, defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.